Aida Sloan Antonowsky, Respondent, v. Benjamin S. Antonowsky, Appel-

lant.— Motion for stay dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.